Jody Goodman (DC Bar No. 404879)
Andrew Hudson (DC Bar No. 996294)
Colleen Robbins (NY Bar No. 2882710)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-8528
Washington, DC 20580
(202) 326-3096 / jgoodman1@ftc.gov
(202) 326-2213 / ahudson@ftc.gov
(202) 326-2548 / crobbins@ftc.gov
(202) 326-3395 (fax)

Attorneys for Plaintiff
Federal Trade Commission

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Federal Trade Commission**, | No. 2:16-CV-3353-PHX-DJH |
| Plaintiff, | |
| vs. | JOINT NOTICE OF MOOTNESS OF MOTION FOR AN ORDER TO SHOW CAUSE |
| **Advertising Strategies, LLC, et al.**, | |
| Defendants. | |

The Federal Trade Commission, Priority Payout, Corp., and Thomas Wells write jointly to inform the Court that the parties have reached a resolution with respect to the FTC's Motion for an Order to Show Cause (the "Motion"). That resolution and Priority Payout, Corp.'s payment of the disputed funds to the FTC have mooted the FTC's Motion.

| | |
|---|---|
| Dated: May 17, 2017 | Respectfully submitted,<br><br>DAVID C. SHONKA<br>Acting General Counsel<br><br>     /s/ Andrew Hudson<br>Jody Goodman<br>Andrew Hudson<br>Colleen Robbins<br>Federal Trade Commission<br>600 Pennsylvania Ave., NW<br>Mailstop CC-8528<br>Washington, DC 20580<br>(202) 326-3096 / jgoodman1@ftc.gov<br>(202) 326-2213 / ahudson@ftc.gov<br>(202) 326-2548 / crobbins@ftc.gov<br><br>*Attorneys for Plaintiff*<br>*Federal Trade Commission*<br><br>     /s/ Edward A. Marshall (with permission)<br>Edward A. Marshall<br>Theresa Y. Kananen<br>Arnall Golden Gregory LLP<br>171 17th Street NW, Suite 2100<br>Atlanta, GA 30363<br>edward.marshall@agg.com<br>theresa.kananen@agg.com<br><br>*Attorneys for Proposed Contemnors*<br>*Priority Payout, Corp. and Thomas Wells* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2017, I electronically filed the foregoing Joint Notice of Mootness of Motion for an Order to Show Cause, with the Clerk of the Court using CM/ECF, and caused a copy of the same to be served on all parties in the manner specified below:

**Via CM/ECF**

Andrew C. Pacheco
Ryan Rapp & Underwood, PLC
3200 North Central Avenue
Suite 1600
Phoenix, Arizona 85012
apacheco@rrulaw.com
*Counsel for Defendants*


Lawrence E. Wilk, Esq.
Thomas S. Moring, Esq.
Nichole H. Wilk, Esq.
Jaburg & Wilk, P.C.
Address 3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
lew@jaburgwilk.com
tsm@jaburgwilk.com
naw@jaburgwilk.com
*Counsel for Receiver*


Edward A. Marshall
Theresa Y. Kananen
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
edward.marshall@agg.com
theresa.kananen@agg.com
*Counsel for Proposed Contemnors Priority Payout, Corp. and Thomas Wells*


/s/ Andrew Hudson
Andrew Hudson